UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

DIRECTV, INC.                )
                             )
v.                           )    NO. 2:04-CV-261
                             )
TEX J. HELTON                )

## **O R D E R**

The parties were ordered to file a pleading in regard to the suitability of this case for mediation on or before April 8, 2005. The parties have failed to do so.

Pursuant to LR16.4 of the Local Rules of the United States District Court for the Eastern District of Tennessee, it is hereby **ORDERED** that this case proceed to mediation within the next 60 days. It is also hereby **ORDERED** that the final pretrial on May 26, 2005 and the trial of this cause on June 9, 2005 are **CANCELLED**.

The parties shall report on the results of mediation on or before June

15, 2005. If mediation has been unsuccessful, this case will be reassigned for trial at that time.

ENTER:

<u>s/J. RONNIE GREER</u><br>
UNITED STATES DISTRICT JUDGE